**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00690-CV

**CLEOTHIS SPEARMAN, Appellant**

**V.**

**JOHNNY LEE MORRIS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11204**

## ORDER

We **GRANT** appellant's December 10, 2013 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on December 3, 2013 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE